UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE STEEL HAULERS, INC.,    )
                                  )
          Plaintiff               )
                                  )      No. 3:14-0549
v.                                )      Judge Campbell/Brown
                                  )
COUNTRY STONE, INC., an Iowa      )
corporation; and RADABAUGH        )
BROS. TRUCKING CO., INC.,         )
an Indiana corporation,           )
                                  )
          Defendants              )

## O R D E R

Judge Campbell has now resolved the jurisdiction and venue issues and the case will remain in the Middle District of Tennessee (Docket Entry 30). In the initial case management order (Docket Entry 22) the entries of further deadlines were postponed until this matter was resolved.

The Defendant, in their theory of the case (paragraph 3) stated that Radabaugh Bros. Trucking Co. will be added as a necessary party. They have now filed the amended complaint including Radabaugh Brothers (Docket Entry 27).

Once Radabaugh has had an opportunity to plead, the Magistrate Judge will set a scheduling order. However, pending the settings for a new scheduling order, all limits on discovery are lifted.

It is so **ORDERED**.

                              /s/   Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge